**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☒ __3AP-MMM__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

**DEBTOR:** Leroche Bontemps     **JOINT DEBTOR:** _____     **Case No. 15-11378**
Last Four of SS# xxx-xx-1547     Last Four of SS#: .

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __48__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
    A.    $ __1100.00__ for months __1__ to __48__;
    B.    $_____ for months _____ to _____;
    C.    $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ __6875.00__     TOTAL PAID $__530.00__
    Balance Due     $ __6345.00__     payable $ __217.25__ /month (Months __1__ to __5__)
                                            payable $ __207.25__ /month (Months __6__ to __30__)
                                            payable $ __77.50__ /month (Months __31__ to __31__)
    Fee Itemization: $3500.00 Base Legal Fee; $2600.00 to file mortgage modification; $775.00 Motion to Value Real Property (HOA)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. __BSI Financial__     Arrearage on Petition Date $__MMM__
Address: __314 S Franklin Street__     MMM Payment     $ __712.75__ /month (Months __1__ to __48__)
           __P.O. Box 517__
           __Titusville, PA 16354__     *Note: MMM Payments based on 31% of Gross Income LESS, HOA Payment of*
Account No: __1047__     *$70.00 per month to Crystal Lake Golf Villas Association, Inc.*

2. __Crystal Lake Golf Villas Association, Inc.__     Arrearage on Petition Date $__SEE CRAM DOWM BOX__
Address: __c/o Becker & Poliakoff, P.A.__     Regular Payment     $ __70.00__ /month (Months __1__ to __48__)
           __2901 SW 149 Ave, Suite 140__
           __Miramar, FL 33027__
Account No: __1281 NW 48th Street, 33064__.

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Crystal Lake Golf Villas Association, Inc. | Residential Homestead 1281 NW 48th Street Pompano Beach, FL 33064 $184.850.00 | 0 % | $0 | __1__ To __48__ | Debtor seeks to strip the HOA lien as wholly unsecured |

Priority Creditors: [as defined in 11 U.S.C. §507]

1._____ Total Due $_____
                             Payable     $_____/month (Months ____ to ____) Regular Payment $_____

LF-31 (rev. 01/08/10)

<u>Unsecured Creditors:</u>       Pay $ 10.00      /month (Months  6   to  30  ).
                                 Pay $ 139.75     /month (Months  31  to  31  ).
                                 Pay $ 217.25     /month (Months  32  to  48  ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

***Direct Pay Mortgage Lender:***
The Debtor(s) will direct pay secured creditors Ocwen Loan Servicing LLC (1721) on the Rental Property located at 4331 NW 22 Street, Lauderhill, FL 33313 outside the plan.

***Direct Pay Automobile  Lender:***
The Debtor(s) will direct pay secured creditor, American Honda Finance on the 2007 Honda CRX  automobile outside the plan. Car

***Tax Return Language:***
Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event the Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims.

***MMM Language:***
The Debtor has filed a Verified Motion for Referral to MMM with BSI Financial Services  ("Lender"), loan number 1047,  for real property located at 1281 NW 48th Street, Pompano Beach, FL 33064. The parties shall timely comply with all requirements of the Order of Referral to MMM and all Administrative Orders/Local Rules regarding MMM. While the MMM is pending and until the trial/interim payment plan or the permanent mortgage modification/permanent payment is established by the parties, the Debtor has included a post-petition plan payment, absent Court order to the contrary, of no less than 31% of the Debtor's gross monthly income as a good faith adequate protection payment to the Lender. All payments shall be considered timely upon receipt by the trustee and not upon receipt by the Lender.

Until the MMM is completed and the Final Report of Loss Mitigation Mediator is filed, any objection to the Lender's Proof of Claim on the real property described above shall be held in abeyance as to the regular payment and mortgage arrearage stated in the Proof of Claim only. The Debtor shall assert any and all other objections to the Proof of Claim prior to confirmation of the plan or modified plan.

If the Debtor, co-obligor/co-borrower or other third party (if applicable) and the Lender agree to a settlement as a result of the pending MMM, the Debtor will file a Motion to Approve Loss Mitigation Agreement with Lender no later than 14 calendar days following settlement. Once the settlement is approved by the Court, the Debtor shall immediately amend or modify the plan to reflect the settlement and the Lender shall amend its Proof of Claim to reflect the settlement, as applicable.

If a settlement is reached after the plan is confirmed, the Debtor will file a motion to modify the plan no later than 30 calendar days following approval of the settlement by the Court and the Lender shall have leave to amend its Proof of Claim to reflect the settlement reached after confirmation of the plan. The parties will then timely comply with any and all requirements necessary to complete the settlement.   In the event the Debtor receives any financial benefit from the Lender as part of any agreement, the Debtor shall immediately disclose the financial benefit to the Court and the trustee and amend or modify the plan accordingly.

If the Lender and the Debtor fail to reach a settlement, then no later than 14 calendar days after the Mediator's Final Report is filed, the Debtor will amend or modify the plan to (a) conform to the Lender's Proof of Claim (if the Lender has filed a Proof of Claim) or (b) provide that the real property will be surrendered. If the amended or modified plan provides that the real property is to be surrendered, then the obligations to the Lender will be considered "treated outside the plan" and the Lender shall have in rem relief from the automatic stay as to the real property being surrendered. Notwithstanding the foregoing, Lender may file a motion to confirm that the automatic stay is not in effect as to the real property.

Confirmation of the plan will be without prejudice to the assertion of any rights the Lender has to address payment of its Proof of Claim

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/ **FILED ECF**
Richard Simonson, P.A. with knowledge and consent of the Debtor(s)
Date:  May 31, 2015

LF-31 (rev. 01/08/10)