UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**FORT LAUDERDALE DIVISION**

In re:                                                                                       Case No. 15-11378-JKO
LEROCHE BONTEMPS                                                          Chapter 13

_____Debtor(s)_____/

## DEBTOR'S MOTION TO ALLOW LATE FILED CLAIM (Claim #2) of CRYSTAL LAKE GOLF VILLAS ASSOCIATION, INC.

Debtor, through his undersigned counsel, and pursuant to 11 USC §502, 726(a)(1)(B), and Bankruptcy Rule 9006(b)(1) moves this Court for an order allowing a late filed Proof of Claim (Claim #2) of Crystal Lake Golf Villas Association, Inc. ("HOA"), and states:

1. This case was commenced by voluntary chapter 13 on January 26, 2015.

2. The court has not confirmed the debtor's chapter 13 plan.

3. An Order Granting Debtor's Motion to Value and Determine Secured Status of Lien of HOA was entered at (ECF #54) which valued HOA's secured lien at $0.00

4. HOA filed POC#2 on 6/18/15, subsequent to the claims bar date of 6/16/15.

5. Debtor has filed a 3AP-MMM plan (ECF #43) to include payments to HOA.

6. No unsecured creditors will be prejudiced by allowance of the unsecured claim.

WHEREFORE debtor respectfully requests this court enter an order granting this motion and allowing the late filed claim and determine right to distribution as it applies to the creditor.

**Submitted on: 7/6/2015**

*Law office of*
**RICHARD SIMONSON, P.A.**
Attorney for Debtor(s)
P.O. Box 2222
Pompano Beach, FL 33061
(954) 492-1013 – Office
Email: Richard@RichardSimonson.com

 /s/   Richard Simonson
**By:  RICHARD SIMONSON, ESQ**
Fla Bar No.: 827411